**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000491
11-DEC-2018
08:06 AM**

NO. CAAP-18-0000491

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID J.T. ISHII, Claimant-Appellant, v.
HALAWA ELECTRICAL SERVICE AND REPAIR, LLC,
Employer-Appellee, and ISLAND INSURANCE
COMPANY, LTD., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-221; DCD NO. 2-05-05167)

ORDER
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Claimant-Appellant David J.T. Ishii's November 27, 2018 Motion for Withdrawal of Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, December 11, 2018.

Chief Judge

Associate Judge

Associate Judge